Barney KELLY, Plaintiff-in-Error, v. UNITED STATES, Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. November 5, 1923.) No. 77. In Error to the District Court of the United States for the Southern District of New York. O'Connor & Donnellan, of New York City (John W. Clancy, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (William Berg, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

LEUNG CHOY, Appellant, v. UNITED STATES, Appellee. (Circuit Court of Appeals, Second Circuit. November 19, 1923.) No. 89. Appeal from the District Court of the United States for the Western District of New York. Dilworth M. Silver, of Buffalo, N. Y., for appellant. William J. Donovan, U. S. Atty., of Buffalo, N. Y., for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

Nicholas MONAHOS, Gabriel S. Carapateas, and James Kourcoutas, Plaintiffs-in-Error, v. Elwyn H. JOHNSTON, as Trustee in Bankruptcy of Peter Bougas and Peter K. Lamperis, Copartners Doing Business as the Greek Products Importing Company, Defendant in Error. (Circuit Court of Appeals, Second Circuit. December 10, 1923.) No. 137. In Error to the District Court of the United States for the Southern District of New York. Charles C. Cormany, of New York City, for plaintiffs in error. Harris, Corwin, Moffat & Schek, of New York City (John H. Corwin, of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

Iver OLBERS, Plaintiff-in-Error, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Raporel Steamship Company, Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. December 3, 1923.) No. 91. In Error to the District Court of the United States for the Southern District of New York. Silas B. Axtell, of New York City, for plaintiff in error. Burlingham, Veeder, Masten & Fearey, of New York City (Morton L. Fearey, of New York City, and B. H. Pollitt, of New Brighton, N. Y., of counsel), for defendants in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.